IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHLEEN KILLEEN, | : |
| Plaintiff, | : |
| v. | : Civ. No. 19-1278-LPS |
| CONNECTIONS, C.S.P., | : |
| Defendant. | : |

## ORDER

At Wilmington, this 6th day of June, 2021,

On April 21, 2021, Connections Community Support Programs, Inc. filed a Suggestion of Bankruptcy. (D.I. 8) As of April 19, 2021, all proceedings against Connections Community Support Programs, Inc. and its employee(s) are STAYED pursuant to Section 362(a) of the Bankruptcy Code, 11 U.S.C. § 362(a) ) and ADMINISTRATIVELY CLOSED until further Order of the Court.

The parties shall promptly notify the Court when the bankruptcy proceedings have been resolved so that the case may be reopened and other appropriate action may be taken.

                                                                                                                                                            _____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE